# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **John Fitzgerald  Kennedy,** *pro se* | **CIVIL ACTION NO** |
| | **08 Civ. 8889** |
| **Plaintiff** | |
| | **PLAINTIFFS'** |
| **V.** | **JOHN F KENNEDY** |
| | **MOTION FOR FRCP** |
| **Edwin A. Schlossberg and** | **60 B5** |
| **Martin L. Edelman** | **and** |
| | **MOTION FOR FRCP** |
| | **60 B4** |
| **Defendants.** | |

**Plaintiff**:

**John F Kennedy pro se,**

**2834 Atlantic Ave 815**

**Atlantic City, NJ 08401**

**646 648 3589**

jfknycalif@gmail.com

**Defendants attorney:**

**Harlan A. Levy, esq. Boies, Schiller Flexner L.L.P.,**

1301 6th Ave, New York, NY 10019

(212) 812-0354

foleyhoag.com

**Filed E.C.F.**

Dear Honorable Court, previous WILLIAM PAULEY III, District Judge:

Please accept this informal filing. The Plaintiff is pro se and is legally disabled. Plaintiff John F. Kennedy files his Rule 60 B5 and B4 Motion: Relief from a Judgment or Order from Plaintiff:

### Argument

Please see the orders in Exhibit A, the Court summarized:

> "*John F. Kennedy* v. *Kennedy v. The Trustees of the Testamentary Trust of the Last Will and Testamentary Trust of President John F. Kennedy.* United States District Court, S.D. New York June 19, 2009 633 F. Supp. 2d 77 (S.D.N.Y. 2009; Copy Citation No. 08 Civ. 8889 (W.H.P.). WILLIAM PAULEY III, District Judge
> Under the Court of Plaintiff-Appellant John Fitzgerald Kennedy appeals from a judgment of the District Court entered on June 19, 2009, 633 F.Supp.2d 77 (Pauley, J.), dismissing his Amended Complaint based on the probate exception to the federal courts' diversity jurisdiction and on Federal Rule of Civil Procedure 12(b)(6). Plaintiff alleged that he was a biological son of the late President Kennedy and that the Defendants breached fiduciary duties to him in their handling of his demand to share in the proceeds of the testamentary trust established by the late President for the benefit of his children**.** We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

> **....The district court held that under Massachusetts law at the time that President Kennedy's Will was executed, "in the absence of anything indicating a contrary intent," words like "issue" or "children" referred only to "persons of the class who were born in lawful wedlock."** *Kennedy v. The Trustees of the Testamentary Trust of the Last Will and Testament of President John F. Kennedy*"

My father, President John F Kennedy was assassinated in office, and because of that, all actions upon his death were official acts, including the *Testamentary Trust of the Last Will and Testament of President John F. Kennedy* for his children, legitimate or illegitimate for the benefit of his children.

By the Supreme Court, "The Court effectively creates a law-free zone around the President. The President of the United States is the most powerful person in the country and possibly the world when he uses his official powers."... "*The President has a constitutionally mandated duty to take care that the laws be faithfully executed. part of this duty, the President is responsible for investigating and prosecuting criminal violations. It would be a striking paradox if the President who alone is vested with the constitutional duty to take care that the laws be faithfully executed were the sole officer capable of defying those laws.*"

"... the court created three buckets, core official acts, non-core official acts and unofficial acts." "Taking into account these competing considerations, that the separation powers principles explicated in our precedent necessitate at least a presumptive immunity from for a President's acts within the outer perimeter of his official responsibility. Such an immunity is required to safeguard the independence and effective functioning of the Executive Branch and to enable the President from taking the bold and unhesitating action.... The only thing the Court says is that," " At a minimum, the President must be immune from prosecution for an official act unless the government can show that applying a criminal prohibition to that act would pose no dangers of intrusion on the authority and functions of the executive branch."

The Supreme Court: "There's no distinguish between core and non-core official acts" "but turned on its head. Instead of balancing the importance of the intrusion, the Court simply says if there's any danger, any danger at all of intrusion, there is immunity that attaches to that action. where there is absolutely no danger of intrusion into the Authority and functions of the Executive Branch, you can't look to the **President's motives to determine whether the Act was official or not**."..." Well, the Court says," When the President acts pursuant to constitutional and statutory Authority, he takes official action to perform the functions of his office." However, the Court then says that official acts are not constrained to the President's constitutional and statutory Authority. The majority says," And some presidential conduct, for example, speaking to and on behalf of the American people certainly can qualify as official conduct when not obviously connected to a particular constitutional or statutory provision. For those reasons, the immunity we have recognized extends to the outer perimeter of the President's official responsibilities, covering actions so long as they are not manifestly or palpably beyond his Authority."

The Supreme Court said, " In dividing official from unofficial conduct, courts may not inquire into the President's motives." According to Roberts, even asking the question would cripple the Executive Branch's ability to function. According to Justice Roberts, " Nor may courts deem an action unofficial merely", "it **can't introduce evidence of the President's motives**."..." or unofficial either. **The only question is whether the President has the power or not**. And Justice Jackson points out the problem with this "means only" or "authority only" approach. In her dissent in a footnote, she says, " To fully appreciate the oddity of making the criminal immunity discrimination turn on the character of the President's responsibilities, consider what the majority says is one of the President's conclusive"..." what is an unofficial act and official acts which are immune are anything within the outer perimeter of the President's official responsibilities covering actions so long as they are not manifestly or palpably beyond his Authority. It is anything a President does"....." narrows the conduct considered unofficial almost to a nullity. It says that whenever the President acts in a way that does not manifestly or palpably beyond his Authority, he's taking official action. It then goes a step further in dividing official from unofficial conduct, **courts may not inquire into the President's motives**. It is one thing to say that motive is irrelevant to questions regarding the scope civil liability: ..." If it does, no prosecution, can't use it as Evidence. If it doesn't pose any dangers of intrusion on the Authority and functions of the Executive Branch, then there is no immunity and you can use it as Evidence in a prosecution." According to the majority," The purpose of a vigorous and energetic executive, the Framers thought, was to ensure good government for a feeble executive implies a feeble execution of the government."

*The Supreme Court creates absolute immunity for the President's exercise of core constitutional powers and expansive immunity for all official acts. Whether described as presumptive or absolute" ..." all of a President's official acts defined without regard to motive or intent, are entitled to immunity that is at least presumptive and quite possibly absolute.* Whenever the President wields the enormous power of his office, the majority says"... "the criminal law, at least presumptively, cannot touch him."... "then there is no immunity and you can use it as Evidence in a prosecution. Then going back up to the top of the chart, if the conduct is a hundred percent unofficial, then yes you can prosecute it but remember, you cannot use any"... "in effect completely insulate Presidents from criminal liability. *First, the majority creates absolute immunity for the President's exercise of core constitutional powers"..." to the facts expands the concept of core powers beyond any recognizable bounds. In any event, it is quickly eclipsed by the second move, which is to create expansive immunity for all official acts. Whether described as presumptive or absolute under the majority's rule, a President's use of any official power for any purpose"...*

Simple, the core constitutional powers of my father, President John F. Kennedy, are alive and retroactive by the Supreme Court, and this Court has thereby no authority, statutory, jurisdictional, or constitutional power to restrict the inheritance of President John F Kennedy in any way at the day of his death or to say who can inherit from him as long as a person is a child of him as in the Will, regardless of legitimacy or illegitimacy.

My father's Will and trust is a core presidential power, "The Supreme Court can't look to the President's motives to determine whether the act was official or not."...The Supreme Case has helped my father's soul and me. A court can not look to see what is my father's motives as his Will as his core official acts, non-core official acts and unofficial acts *are because The President has a constitutionally mandated duty to take care that the laws be faithfully executed.* To replay*:* The only question is whether the President has the power or not. What is an unofficial act and official acts which are immune are anything within the outer perimeter of the President's official responsibilities covering actions so long as they are not manifestly or palpably beyond his Authority. It is anything a President does"...." narrows the conduct considered unofficial almost to a nullity. It says that whenever the President acts in a way that does not manifestly or palpably beyond his Authority, he's taking official action. If it does, no prosecution, can't use it as Evidence.

The Plaintiff's father is able to use its core constitutional powers for him up to his death and beyond for his love for his family's welfare.

The Supreme Court can not in dividing official from unofficial conduct, courts may not inquire into the President's motives, even asking the question would cripple the Executive Branch's ability to function. According to Justice Roberts, "it can't introduce evidence of the President's motives."..." or unofficial either. The only question is whether the President has the power or not. And Justice Jackson points out the problem with this "means only" or "authority only"

It is respectfully requested that the Court see this case by the Supreme Court determinations: Plaintiffs, John F Kennedy, his father, President John F Kennedy and his Mother, Marilyn Monroe; the Plaintiff's wife, Hilda Tobias Kenendy, and the Plaintiff's son William Henry Kenendy and his family's D.N.A. and Supreme Court's foundation in this inheritance issue.

The Court must void this case and the second circuit decision in this case for Edwin A. Schlossberg and Martin L. Edelman etc. The case can now go forward because it is as if it never existed.

The defendants are not protected by law because my father, President John F. Kennedy, has his core official power and acts in actuality. Any action for the defendants denying President John F Kennedy's Will to children because the child here, the Plaintiff here, is not legitimate is also discriminatory as a protected person status as race, as explained in this filing. It is also discrimination against L.G.B.T. because, in this case, using a married man and wife as legitimacy for a Will against an illegitimate person, as the defendant stated in the filing, is not legal. The Plaintiff's father's Will and trust against the President's core power is constitutional under President John F. Kennedy's power. For the defendants to deny him is simply unlawful, not equitable, and is against due process. These are my father's last core constitutional powers for me, my son, and his son for now and forever. It is his love, which anyone can read in the President's Will just by him and God.

## John F. Kennedy Rule 60 Motion for 60 B5

John F. Kennedy Rule 60 Motion for **60 B5**: One motion under this rule generally must be made within a reasonable time. More precisely, it *should* (not must) be filed within one year after the Judgment or Order has been entered.

Under the Supreme Court TRUMP v. UNITED STATES Argued on April 25, 2024—Decided on July 1, 2024 (herein *TRUMP v. UNITED STATES July 1, 2024*), by 08 Civ. 8889 (above), this case is retroactive, and this motion rests on no timeline for the Supreme Court's presidential powers adjudicated within this decision in all its forms. The Court always appreciates promptness, and it's best to stay diligent and proactive, so this motion is within one year of the Supreme Court decision, which must void this Order: The Honorable Judge WILLIAM PAULEY III Order must be vacated in Order in 08 Civ. 8889, the case must be vacated for jurisdictional reasons now because of *TRUMP v. UNITED STATES July 1,* 2024 as shown above.

Federal rule of civil procedure 60 B5 offers a nuanced pathway for parties seeking Relief from a court judgment under three specific circumstances. This rule is quintessential for ensuring that the execution of Justice remains fair, flexible, and responsive to new developments or fulfillment of Judgments. Understanding each scenario under rule 60 B5 is essential for legal practitioners and the parties involved.

The first scenario under rule 60 B5 is when the Judgment has been satisfied, released, or discharged. This applies when the obligations imposed by the Judgment have been fully met, rendering the continuation of its enforcement unnecessary or unjust, for instance, if a monetary judgment is paid in full, including any applicable interest of the Party against whom the Judgment was enforced can seek to have the Judgment officially recognized as satisfied. This prevents future legal disputes over the same issues the Judgment covers. This is not within the Court now.

The second scenario addresses situations where the Judgment is based on an earlier judgment that has been reversed or vacated. This is before the Court now, and this issue rests here in this motion and others motions.

Legal decisions are often interlined with one Judgment resting upon the foundation established by a previous one. *If an appeal at the Court reverses or vacates the earlier Judgment, it may invalidate the foundation of the subsequent Judgment. This* **is** *happening now: Please see TRUMP v. UNITED STATES July 1, 2024,* as it rests under the President John F. Kennedy v. Trustees of Testamentary Trust of the Last Will of President John F Kennedy.

Rule 60b e five permits parties to seek Relief from such dependent judgments, ensuring that the legal consequences of a case are consistent with the current state of the law and facts.

The third and final scenario, also applicable here, enables a court to relieve a party from a judgment when applying it prospectively, which is no longer equitable. This principle acknowledges that certain judgments have ongoing effects that must be periodically reassessed in light of new circumstances.

For example, judgments that require continuous compliance over time, such as specific injunctions or orders in family law**,** may become impractical or unfair due to significant changes in conditions or law.

Because of the Supreme Court's decision in TRUMP v. UNITED STATES and the now available D.N.A. of President John F Kennedy and Marilyn Monroe, the Court's Order is impractical and unfair due to significant changes in conditions and law. This aspect of rule 60 B5 ensures that the law adapts to evolving realities while maintaining Justice and fairness. Here, the Plaintiff, John F Kennedy's father, President John F Kennedy, and the mtDNA for his Mother, Marilyn Monroe, became available.

In its enforcement to successfully invoke Relief under rule 60 B5, the Party seeking modification or dissolution of the Judgment bears the burden of their situation fitting within one of these three specific grounds:

*the Plaintiff has two of three grounds and is seeking* dissolution of the Order by the Court: This typically involves proving the change in circumstance or fulfillment of the Judgment's requirements and *showing that modification or termination of the Judgment is Justified and Equitable under the circumstances.*

The Court's discretion under rule 60 B5 is guided by principles of equity and fairness aiming to balance respect for the finality of judgments with the recognition that situations change, potentially rendering a judgment's continued application unjust as it is now. However, the application of this rule is not automatic. The courts carefully scrutinize requests for Relief under rule 60 B5 to ensure they are warranted in so doing; they take into account legal precedents, like here, in *TRUMP v. UNITED STATES July 1, 2024*; the specific circumstances of the case; D.N.A. of Plaintiff's father President John F Kennedy and mtDNA of Plaintiff's Mother Marilyn Monroe with Plaintiff John F. Kennedy, and the interests of Justice in essence. Rule 60 B5 of the federal rules of civil procedure represents a critical mechanism for ensuring that Court judgments remain just and Equitable over time by allowing for modifications or Relief under specific conditions.

It maintains the delicate balance between the finality of legal decisions and the dynamism of real-life circumstances, ensuring that the law serves its ultimate purpose of fairness and Justice.

Plaintiff reasonably requests *John F. Kennedy* v. *Kennedy v. The Trustees of the Testamentary Trust of the Last Will of President John F. Kennedy's Testamentary Trust* motion to dismiss here to be void and vacated in this Court for the violation of the defendant's due process rights without having; the proper Authority over the subject matter with the parties involved and for discrimination for protected rights and for not given a fair opportunity to present their case. The *discovery must* begin again.

## John F. Kennedy Rule 60 Motion for 60 B4

Rule 60 B4 of the federal rules of civil procedure acts as a safety net allowing a party to seek Relief from a judgment declared as void under U.S. law. The sanctity and finality of a Court's Judgment are Paramount, yet the Judiciary recognizes that certain critical errors can render a judgment invalid. Rule **60 B4** caters precisely to these scenarios, ensuring that the legal process retains its integrity by correcting judgments that should never have been issued. A judgment may be considered void for several reasons, but the foundation issue usually revolves around jurisdictional defects or the violation of a party's due process rights if a court renders a decision without having the proper Authority over the subject matter or the parties involved or if a party was not given a fair opportunity to present their case, the Judgment is typically deemed void. This again is the case now with *TRUMP v. UNITED STATES July 1, 2024.*

Jurisdictional errors can manifest in various forms such as a Court ruling on a matter beyond its designated scope or failing to ensure the proper service of summons, thereby denying a defendant the chance to be heard. Similarly, due process violations occur when a party is not given adequate Notice of the proceedings or a meaningful opportunity to contest the claims against them, which are fundamental rights guaranteed by the U.S. Constitution.

What sets rule 60 B4 apart from other subsections of rule 60 is its focus solely on the legitimacy of the Judgment's foundation rather than on the merits of the underlying case. It does not entertain whether the initial ruling was correct or incorrect based on the Evidence or law. It only addresses whether the Judgment was legally and procedurally valid. This is the case now because under *TRUMP v. UNITED STATES, July 1, 2024* the Judgement is not legally and procedurally valid in the *John F. Kennedy* v. *Kennedy v. The Trustees of the Testamentary Trust of the Last Will and Testament of President John F. Kennedy and the Court*.

One critical aspect of Rule 60 B4 is that there is no time limit for filing a motion, unlike other sections of Rule 60b. This recognition is the principle that a void judgment cannot acquire validity through the passage of time if a judgment is void: It is as if it never existed legally, and it can be challenged at any point.

Successfully invoking rule 60 B4 requires a clear demonstration that the specific Judgment in question was invalid due to jurisdictional errors or due process violations. The evidentiary bar is high because of the implications of declaring a judgment void. It essentially erases the Court's decision, necessitating the possibility of reopening the case. It's important to note that the application of rule 60 B4 is not a Panacea for all dissatisfactions with the Court's ruling. However, this is a Supreme Court decision under TRUMP v. UNITED STATES July 1, 2024 and the void must be granted as shown within by the Supreme Court decision.

The misuse of this rule to relitigate unfavorable decisions is discouraged, and courts scrutinize motions under rule 60 B4 to ensure they genuinely pertain to the Judgment's validity, not its desirability. In summary, rule 60 B4 serves as an essential corrective mechanism within the federal rules of civil procedure safeguarding the legal systems. Foundational principles reinforce the notion that Justice must be administered fairly and within the bounds of legal Authority by addressing judgments rendered void by jurisdictional and due process oversights. Rule 60 B4 helps maintain the integrity and fairness of court proceedings, underscoring the Judiciary's commitment to lawful and Equitable adjudication.

**Protected Person Status (Plaintiff):**

Critical information that was not accessible or known has surfaced; D.N.A. shows that the Plaintiff, John F Kennedy, is a Native American by way of his Mother's mtDNA, Marilyn Monroe; he and his son are of a protected class; And the Plaintiff, his father, President John F Kennedy by way of D.N.A., is of Jewish lineage, and the Plaintiff and his son is of a Protected class by way of President John F Kennedy, plaintiffs father. This newly discovered Evidence for race and Native American rights has come to light, which was unknown to the Party during the proceedings and is sufficiently potent to the original outcome of inheritance as it pertains to the Plaintiff and his children as the Presidential powers are to President John F Kennedy here. Enclosed, please see Exhibits A (Order and Opinion in this Court), B Order and Opinion in the Second Circuit), C (D.N.A. and mtDNA of parents of Plaintiff), D (Will of President John F Kennedy), and E (Second Circuit Oral argument transcript oral available).

New Evidence will result in a different outcome from the case because of the Supreme Court decision: President John F Kennedy must provide for his child as explained in his Will because this does not constitute the institute's reasonable diligence in Presidential power not to use President John F Kennedy's power to give his children an inheritance at any time by law. The Supreme Court said, " In dividing official from unofficial conduct, courts may not inquire into the President's motives." The U.S. Constitution provided for President John F Kennedy: The Court has no jurisdictional right to stop supplying President John F Kenedy's trust be provided for his children, and this could be a violation of a party's due process rights if a court renders a decision without having the proper Authority and fundamental rights guaranteed by the U.S. Constitution.

*In providing for the lineage inheritance of President John F Kennedy to his children for the Plaintiff, there is* "no danger of intrusion on the authority and functions of the executive branch." As explained in *TRUMP v. UNITED STATES July 1, 2024.* This case *is* no longer equitable for the Plaintiff's trust.

The Plaintiff, John F Kennedy, requests oral argument. This rule offers an opportunity for reconsideration of judgments and emphasizes due diligence and proactive conduct from all parties involved.

**The D.N.A. and mtDNA John Kennedy's parents and his son attached**

**The mtDNA (attached) of the Plaintiff's John F Kennedy Mother, Marilyn Monroe, as a native American and the Plaintiff, is a protected person by mtDNA and the federal courts.**

Apache and Navajo: Both are considered Southern Athabaskan-speaking peoples, meaning they are linguistically close and likely migrated from the same northern region to the Southwest. Algonquian: This is a separate language family that includes tribes like the Algonquin, Ojibwe, and Cree, who historically lived in the Great Lakes region of North America.

In 1900, the U.S. government classified the members of the Apache tribe in the United States as Pinal Coyotero, Jicarilla, Mescalero, San Carlos, Tonto, and White Mountain Apache. The different groups were located in Arizona, New Mexico, and Oklahoma. The Plains Apache were a group of Apache tribes that lived between the Black Hills in South Dakota and the Canadian River in Northern Texas. The Apache were an Indigenous North American group that played a significant role in the history of the Southwest in the second half of the 19th century.

They migrated from the Athabascan homelands in the north into the Southwest between 1000 and 1500 CE. Apache and Navajo are closely related tribes, both speaking Southern Athabaskan languages, but they are not the same as the Algonquian people, who are a distinct Native American group with their own language family that is geographically separated and not related to the Apache or Navajo;

In the early 18th century, the Plains Apache were living in the area of the upper Missouri River. They were a band within the Kiowa nation but differentiated by language and ethnicity. The Plains Apache entered this alliance for mutual protection against hostile tribes. Because of this arrangement, this group of Apache was sometimes known as the Kiowa Apache.

Many of the Plains Apache did not learn the Kiowa language, preferring to communicate with their allies using the Plains Indian Sign Language, (it is thought this system was devised by the Kiowa).

Even before contact with Europeans, their numbers were never large, and in 1780 their population was estimated at 400.

The Plains Apache (Kiowa Apache) and Kiowa migrated into the southern plains sometime in the early 19th century. By the Treaty of Medicine Lodge in 1867 both groups had settled in Western Oklahoma and Kansas. They were forced to move south of the Washita River to the Red River and Western Oklahoma with the Comanche and the Kiowa. The reservation period lasted from 1868 to 1906. The transition from the free life to restricted life on the reservation was difficult for many families. The 1890 Census of the Ft. Sill reservation to house 1,598 Comanche, 1,140 Kiowa and 326 Kiowa Apache.

Some groups of Plains Apache refused to settle on reservations and were involved in Kiowa and Comanche uprisings, most notably the First Battle of Adobe Walls which was one of the largest engagements fought on the Great Plains. It would be the last battle in which the natives repelled the U.S. Army in the southern plains and marked the beginning of a decade long downfall for the southern plains tribes.

Their confinement to reservation lands in western Oklahoma from 1867 until the time of allotment in 1901. After the demise of the Kiowa-Comanche-Apache Reservation many Apaches remained in the former reservation area, concentrating in locations around Cache Creek and the Washita River. Income came mainly from leasing their land and raising livestock.

The historic Apache presence in Oklahoma has continued into the twenty-first century. The Apache Tribe of Oklahoma is federally recognized and has had a formal governmental structure, embodied in a business committee, since 1966. The tribal complex is located in Anadarko.

Some famous Plains Apache leaders and warriors include

-Victorio: Also known as Apache Wolf, Victorio was a leader of the Warm Springs Apaches. He was considered one of the fiercest Apache.
-Cochise: A notable Apache leader and fighter.
-Mangas Coloradas: A notable Apache leader and fighter.
-Geronimo: A Bedonkohe Apache chief who led the Chiricahua Apache in their fight against the U.S. government for over a decade. Geronimo is considered by some to be the most famous Apache warrior.

According to National Geographic, "the governor of Sonora claimed in 1886 that in the last five months of Geronimo's wild career, his band of 16 warriors slaughtered some 500 to 600 Mexicans." At the end of his military career, he led a small band of 38 men, women and children. They evaded thousands of Mexican and American troops for more than a year, making him the most famous Native American of the time and earning him the title of the "worst Indian who ever lived" among white settlers.

His band was one of the last major forces of independent Native American warriors who refused to accept the United States occupation of the American West.

His Apache name was Goyahkla (One Who Yawns). He achieved a reputation as a spiritual leader and tenacious fighter against those who threatened his people's ways of life. Later he was called Geronimo (Spanish for Jerome), most likely because of the way he fought in battle against Mexican soldiers who frantically called upon St. Jerome for help. He willingly accepted the name. Geronimo's hatred toward Mexicans intensified when Mexican troops killed his Mother, wife, and children in 1850. In addition, after the United States–Mexican War ended and the United States entered the Southwest, Geronimo faced another enemy that threatened his tribe's existence. He repeatedly evaded capture and life on a reservation, and during his final escape, a full quarter of the U.S. standing army pursued him and his followers. Geronimo(ca. 1829–1909).

-And Lozen: Known for her bravery, military prowess, and dedication to her people's safety during a tumultuous period in Apache history, **Lozen** was a warrior shaman and humanitarian who fought against Mexican and American forces for 30 years, earning the nickname "Apache Joan of Arc." She saved many children but lost her brother in the end, which broke her heart.

In less than 100 years that Indigenous America's population was reduced to `5 or 6 million people; a population decline that exceeded 90 percent, the Great Dying and it did not stop.

About 100,000 people in the early 21st century could trace their ancestry back to the Apache people. There are still about **30,000** Apache Indians alive today, mostly living in Arizona and New Mexico. There are currently 13 distinct Apache tribes across the United States.



**Navajo** residents struggle with money. The reservation's unemployment rate is approximately 40%, and a similar number live below the poverty line, earning less than $12,760 a year. These factors exacerbate health problems among the **Navajo** and a third of the population suffers from diabetes, heart conditions and lung disease.

Using the mtDNA of John Fitzgerald Kennedy's, his Mother's Marilyn Monroe's great-great-great-grandmother is a White Mountain Apache born in Missouri River who was not a reservation Apache, and she is Native American by Mother with a history of almost 1500 CE.

Plaintiff's great-great-grandfather is Levi Nance: A veteran of the Mexican War of 1845 and 1846 and the Civil War 1863-1865 of parents of England heritage. The Plaintiff's great-great-grandmother married Tilford Marion Hogan and had a daughter: Della Mae Monroe, who had a daughter, Gladys Pearl Mortenson, who had Marilyn Monroe and the Mother of Plaintiff John F. Kennedy;

# Sarah Caroline *Jones* Nance

| | |
|---|---|
| **BIRTH** | 8 Feb 1837<br>Livingston County, Missouri, USA |
| **DEATH** | 4 Apr 1900 (aged 63)<br>Granby, Newton County, Missouri, USA |
| **BURIAL** | <u>Odd Fellows Cemetery</u><br>Newtonia, Newton County, Missouri, USA   📍 *Add to Map* |

DIED:—At her home, in the north part of town. Wednesday. Sarah, wife of Levi Nance, aged 67 years. Funeral services were held at the house Thursday afternoon, conducted by Rev. A. E. Faust of the C. P. Church, of which denomination deceased was a member.



DIED.—At her home, in the
north part of town, Wednesday,
Sarah, wife of Levi Nance, aged
67 years. Funeral services were
held at the house Thursday after-
noon, conducted by Rev. A. E.
Faust of the C. P. Church, of
which denomination deceased was
a member.

# Sarah Caroline Nance (Jones)

| | |
|---|---|
| Birthdate: | February 08, 1837 |
| Birthplace: | Livingston County, Missouri, United States |
| Death: | April 04, 1900 (63) Granby, Newton County, Missouri, United States |
| Place of Burial: | Newtonia, Newton County, Missouri, United States |
| Immediate Family: | Daughter of Wilkerson Jones and Mary Ann Jones Wife of Levi Nance Mother of Charlotte (Jennie) Virginia Nance (Hogan) (Sellers) and Test Nance |

| | |
|---|---|
| Managed by: | Private User |
| Last Updated: | May 4, 2022 |



## Family Members

### Spouse

 **Levi Nance**
1822–1906

### Children

 **Charlotte Virginia "Jennie"** *Nance* **Sellars**
1857–1927

 **Charles M Nance**
1867–1868

 **William Franklin Nance**
1868–1953

 **John W Nance**
1871–1873

 **Tona Aquilla Nance**
1878–1933

---

# Charlotte Virginia "Jennie" *Nance* Sellars

**BIRTH** 10 Apr 1857
Carroll County, Missouri, USA

**DEATH** Dec 1927 (aged 70)
Kansas City, Jackson County, Missouri, USA

**BURIAL** Elmwood Cemetery
Kansas City, Jackson County, Missouri, USA  ● *Add to Map*

**MEMORIAL ID** 148475919 · View Source

### Charlotte Virginia Hogan (Nance)

| | |
|---|---|
| Also Known As: | ".Jennie" |
| Birthdate: | April 10, 1857 |
| Birthplace: | Carroll County, Missouri, United States |
| Death: | 1935 (77-78)<br>Kansas City, Wyandotte County, Kansas, United States |
| Place of Burial: | Kansas City, Jackson County, Missouri, United States |
| Immediate Family: | Daughter of Levi Nance and Sarah Caroline Nance<br>Wife of Frank Sellers<br>Ex-wife of Tilford Marion Hogan<br>Mother of Della Mae Monroe; William Marion Hogan; Private; James Berry Sellars(Hogan) and Mrs.. Myers<br>Sister of Test Nance |
| Managed by: | Private User |
| Last Updated: | April 27, 2022 |



Above is Sarah Charlotte "Jennie" Jones Nance *Seller* (She stands up where her husband Tilford Marion Hogan and her daughter Della Mae Monroe (Hogan).

## Brief Life History of Tilford Marion 

When Tilford Marion Hogan was born on 24 February 1851, in Adams, Illinois, United States, his father, George Willis Hogan, was 29 and his mother, Sarah Ann Owen, was 28. He married Charlotte Virginia Nance in 1873, in Chariton, Missouri, United States. They were the parents of at least 2 sons and 3 daughters. He lived in Flat Creek, Barry, Missouri, United States in 1880 and Jefferson Township, Linn, Missouri, United States for about 10 years. He died on 29 May 1933, in Laclede, Linn, Missouri, United States, at the age of 82, and was buried in Laclede Cemetery, Laclede, Linn, Missouri, United States.



## Tilford Marion Hogan

| | |
|---|---|
| Birthdate: | February 24, 1851 |
| Birthplace: | Adams, IL, United States |
| Death: | May 29, 1933 (82)<br>Laclede, Linn County, MO, United States<br>(Death by self-inflicted hanging) |
| Immediate Family: | Son of George Willis Hogan and Sarah Ann Owen<br>Husband of Unknown HOGAN and Emma D HOGAN<br>Ex-husband of Charlotte (Jennie) Virginia Nance (Hogan) (Sellers)<br>Father of Della Mae Monroe; William Marion Hogan; Private; James Berry Sellars(Hogan) and Mrs.. Myers<br>Brother of Mary Ann Mahurin; John Frank Hogan; William J. Hogan; Newton Hogan; Amanda E Hogan and 2 others |
| Managed by: | Private User |
| Last Updated: | July 17, 2024 |



Della Mae Hogan

# Della Mae Monroe

‹ Back to Monroe surname



## Della Mae Monroe (Hogan)

| | |
|---|---|
| Birthdate: | July 01, 1876 |
| Birthplace: | Barry County, Missouri, United States |
| Death: | August 23, 1927 (51) |
| | Norwalk, Los Angeles County, California, United States (Heart attack) |
| Place of Burial: | 1831 West Washington Boulevard, Los Angeles, Los Angeles County, CA, 90007, United States |
| Immediate Family: | Daughter of Tilford Marion Hogan and Charlotte (Jennie) Virginia Nance (Hogan) (Sellers) |
| | Wife of Otis Elmer Monroe and James Stewart |
| | Ex-wife of Charles William Grainger and Lyle Arthur Graves |
| | Mother of Gladys Pearl Baker Mortensen Eley; Marion Otis Elmer Monroe and Private |
| | Sister of William Marion Hogan; Private; James Berry Sellars(Hogan) and Mrs.. Myers |
| | |
| Managed by: | Private User |
| Last Updated: | November 13, 2022 |



Della Mae Hogan was born in 1876 in Missouri and married Otis Elmer Monroe in 1899, an aspiring painter from Minneapolis. The couple moved to Piedras Negras, Coahuila in Mexico, where Otis began working for the National Railway and Della gave birth to Gladys Pearl in 1902. 1890 Della Mae Hogan Monroe. The maternal grandmother of Marilyn Monroe and her as a baby, her granddaughter.



## Gladys Pearl Mortenson (Monroe)

| | |
|---|---|
| Also Known As: | "Gladys Pearl Baker", "Gifford" |
| Birthdate: | May 27, 1902 |
| Birthplace: | Piedras Negras, Coahuila, Mexico |
| Death: | March 11, 1984 (81) Gainesville, Florida, United States |
| Place of Burial: | Gainesville, Florida, United States |
| Immediate Family: | Daughter of Otis Elmer Monroe and Della Mae Monroe Ex-wife of Jasper Newton Baker; Martin Edward Mortensen and John Stewart Eley Ex-partner of Stanley Gifford Mother of Marilyn Monroe; Marilyn Monroe; Robert Jasper Baker and Berniece Baker Miracle Sister of Marion Otis Elmer Monroe Half sister of Private |
| Occupation: | Film cutter |
| Managed by: | Private User |
| Last Updated: | June 16, 2024 |





Della Mae Hogan, Marilyn Monroe, and Gladys Pearl Baker

```
Gladys Pearl Mortenson (Monroe)
Also Known As:     "Gladys Pearl Baker", "Gifford"
Birthdate:         May 27, 1902
Birthplace:        Piedras Negras, Coahuila, Mexico
```

Gladys Pearl Baker and her grandmother above were single mothers struggling with low-paying jobs when they gave birth to the future Marilyn Monroe: Gladys Pearl Baker Mortensen Eley (née Monroe) was the Mother of actress Marilyn Monroe and the Mother of plaintiff John F Kennedy.

In 1924, Gladys remarried with Norwegian immigrant Martin Edward Mortensen (1897–1981). They divorced a few years later, after Gladys met her superior at R.K.O. Pictures, Charles Stanley Gifford (1898–1965). While working for him as a film negative cutter, she became pregnant and gave birth to her third and final child, Norma Jeane Baker on June 1 1926 in the Los Angeles County Hospital. Gifford is often assumed to be her father, though the identity remains uncertain. Gladys registered the surname Mortenson on Norma Jean's birth certificate, using the name of her ex-husband and specifying his address as unknown.



Plaintiff with his Mother, Marilyn Monroe



Plaintiff with his Mother, Marilyn Monroe

**The Plaintiff's paternity, President John F Kennedy D.N.A., is here attached, and this is the Genealogist report for it:**

https://dnaconsultants.com/news/jfks-jewish-roots/
BOTH JFKS FROM JEWISH ROOTS Friday, July 4, 2014

LOS ANGELES (July 4, 2004) The Fourth International Conference on Diversity in Organisations and Nations hardly seems the place for a historical bombshell to fall about America's famous Kennedy family. Organized by Australian academics, this year's gathering in a leafy precinct of U.C.L.A. will bring together several hundred participants from all walks of life around the planet to present learned papers on themes ranging from Al Jazeera to Zee TV, from corporate diversity programs to Third World ethnic policy. Among the presenters is Donald PantherYates, a Georgia professor who owns a genetics consulting business and claims the Kennedy name in Ireland can be traced to Jewish ancestry in France. The magazine Reform Judaism broke the story last fall that Sen. John Kerry, who has the same initials as the 35th president of the United States, had a Jewish paternal grandfather, Frederic Kerry, born in the tiny northeast Czech town of Horni Benesov as Fritz Kohn in 1873. Subsequently, a Czech historian traced Kerry's lineage to the family of Rabbi Judah Loew (1525-1609), also known as the Maharal and creator of the Golem of Prague. D.N.A. testing and surname research, like politics, can produce some strange bedfellows, says Yates, who will conduct a workshop Tuesday on researching your ethnicity and mapping your family origins with D.N.A. Often the matches we find to a person's genetic signature in world databases confirm oral traditions passed down in the family.

Retired Gen. Wesley Clark, for instance, told The Jewish Week in 1999 that though he was raised a Southern Baptist and later converted to Roman Catholicism, his father, Benjamin Kanne, an Orthodox Jewish lawyer and Democratic activist, was descended from a long line of rabbis, members of the priestly caste of Kohanim (Cohens). D.N.A. analyses have suggested that the Scottish Kennedys and their American descendents are likely of Sephardic Jewish ancestry from France, where their name was Canady. We propose their original name may have been Candiani — from Candy, the old name for the Turkish capital of Crete, says Panther-Yates. Genealogies of the Irish branch of Hyannisport, Massachusetts, do not go farther back than Patrick Kennedy, a prosperous farmer of Dunganstown, County Wexford, Ireland, who was born about 1785 and whose son emigrated to America. However, there is no reason to rule out a possible French origin before the family became Irish. Both Cassel (a sect of Clan Kennedy pointing to a region in southern France) and Canady appear on a list of refugee French Huguenots to Ireland.

JOHN F. KENNEDY

*35th President of the United States: 1961 - 1963*

# Executive Order 11098—Amending the Selective Service Regulations

March 14, 1963

By virtue of the authority vested in me by the Universal Military Training and Service Act (62 Stat. 604), as amended, I hereby prescribe the following amendments of the Selective Service Regulations prescribed by Executive Orders No. 10001 of September 17, 1948, No. 10008 of October 18, 1948, No. 10202 of January 12, 1951, No. 10292 of September 25, 1951, No. 10420 of December 17, 1952, No. 10469 of July 11, 1953, No. 10594 of January 31, 1955, No. 10659 of February 15, 1956, No. 10714 of June 13, 1957, No. 10735 of October 17, 1957, No. 10809 of March 19, 1959, and No. 10984 of January 5, 1962, and constituting portions of Chapter XVI of Title 32 of the Code of Federal Regulations:

1. Section 1621.9 of Part 1621, *Preparation for Classification,* is amended to read as follows:

"§ 1621.9 *Mailing Classification Questionnaire (SSS Form No. 100).*

(a) Except as provided in paragraph (c) of this section, the local board shall mail a Classification Questionnaire (SSS Form No. 100) to each registrant to whom it has not previously mailed such questionnaire in strict accordance with the dates of birth of the registrants of the local board, in chronological order, commencing with the registrant having the earliest date of birth. Whenever a registrant registers after his date of birth has been reached in the mailing of Classification Questionnaires (SSS Form No. 100), his questionnaire shall be mailed immediately.

"(b) The date upon which the Classification Questionnaire (SSS Form No. 100) is mailed shall be entered on the Classification Record (SSS Form No. 102).

"(c) Whenever the local board determines that a registrant who is on active duty in the Armed Forces of the United States may be classified properly from information available to it, the Classification Questionnaire (SSS Form No. 100) need not be mailed to the registrant until he is separated from active duty."

2. (a) Paragraph (a) of section 1622.13 of Part 1622, *Classification Rules and Principles,* is amended by striking out "persons referred to in paragraph (a) of this section, or".

(b) (1) Paragraph (a) of section 1622.30 of Part 1622, is amended to read as follows:

" (a) In Class III-A shall be placed any registrant who has a child or children with whom he maintains a bona fide family relationship in their home and who is not a physician, dentist, or veterinarian."

(2) Paragraph (c) of section 1622.30 is amended to read as follows:

"(c) (1) The term 'child' as used in this section shall include a legitimate or an illegitimate child from the date of its conception, a child legally adopted, a stepchild, a foster child, and a person who is supported in good faith by the registrant in a relationship similar to that of parent and child but shall not include any person 18 years of age or over unless he is physically or mentally handicapped.

" (2) As used in this section, the term 'physician' means a registrant who has received from a school, college, university, or similar institution of learning the degree of doctor of medicine or the degree of bachelor of medicine, the term 'dentist' means a registrant who has likewise received the degree of doctor of dental surgery or the degree of doctor of dental medicine, and the term 'veterinarian'



(TYPE OR PRINT, BLACK INK ONLY)

ATTORNEY OR PARTY WITHOUT ATTORNEY        TELEPHONE NUMBER        (FOR COURT USE ONLY)
(NAME AND ADDRESS)

JOHN BURTON
343 s. Detroit st. Apt #101
Los Angeles, California, 90036

Attorney(s) For

**ORIGINAL FILED**

**JUL 0 8 1994**

**LOS ANGELES
SUPERIOR COURT**

---

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

IN THE MATTER OF THE PETITION OF (NAME):

CASE NUMBER

**BS029422**

JOHN RUBEN BURTON
HILDA TOBIAS BURTON
WILLIAM HENRY BURTON

**PETITION FOR CHANGE OF NAME**

HEARING DATE: Sept. 9, 1994
TIME: 9:00
DEPT.: 1 A

FOR CHANGE OF NAME.

---

Petitioner (name): JOHN RUBEN BURTON, HILDA TOBIAS BURTON, & WILLIAM HENRY BURTON
(PRESENT NAME OF PERSON WHOSE NAME IS TO BE CHANGED)

and if under 18 years of age by _____
(NAME OF PARENT OR GUARDIAN)

(relationship to petitioner) _____ declares:
(STATE RELATIONSHIP)

1. Petitioner _____ is:

   a. ☒ over 18 years of age.

   b. ☐ under 18 years of age. Date of birth: 07-22-55, 3-31-32, & 08-07-72
   (MONTH,DAY,YEAR)

2. Petitioner's place of birth: Los Angeles USA, the Republic of Guatemala, & Los Angeles USA.

3. Petitioner's present address: 343 s. Detroit street #101, Los Angeles, CA., 90036
   (STREET, CITY AND COUNTY)

4. Petitioner's present name: JOHN RUBEN BURTON, HILDA TOBIAS BURTON, WILLIAM HENRY BURTON

5. Petitioner's proposed name: JOHN FITZGERALD KENNEDY, HILDA TOBIAS KENNEDY, WILLIAM HENRY
   KENNEDY.

6. Reason for proposed change of name: The parties herein have retained an Attorney to correct
   the determined biological names of these petitioning. Such as John R. Burton is the
   legitimate offspring of Marilyn Monroe and President John F. Kennedy and said Attorney
   and others acknowledge this statement, and from that point, the relationship of each
   of these Burton's right to the Kennedy name. —And the mentioned Attorney has not acted
   satisfactorily and in good conscious, the petitioned do, under penalty of perjury.

---

RC 162/3-83                        Appendix I.                        403

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NUMBER | (FOR COURT USE ONLY) |
|---|---|---|
| JOHN BURTON<br>1343 s. Detroit st. Apt #101<br>Los Angeles, California, 90036 | | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>$\mathcal{F}^0$ SEP 0 9 1994 $\uparrow$<br>EDWARD M KRITZMAN, CLERK<br>BY M WIGGINS DEPUTY |
| Attorney(s) For | | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

IN THE MATTER OF THE PETITION OF (NAME):

JOHN RUBEN BURTON
HILDA TOBIAS BURTON
WILLIAM HENRY BURTON

FOR CHANGE OF NAME.

CASE NUMBER

**BS029422**

**DECREE CHANGING NAME**

HEARING DATE: Sept 9, 1994

TIME: 9:00 A.M

DEPT: 1A

The petition of JOHN RUBEN BURTON, HILDA TOBIAS BURTON, AND WILLIAM HENRY BURTON
(PRESENT NAME) by his parents
for an order of court changing THEIR name(s) to JOHN FITZGERALD KENNEDY, HILDA TOBIAS
(HIS, HER, THEIR)
KENNEDY, AND WILLIAM HENRY KENNEDY.

(PROPOSED NAME(S))

in place of THEIR present name(s) came on regularly to be heard in Department
(HIS, HER, THEIR)
1A of the above-entitled court on Sept 9, 1994 , and proof having been made
(MONTH, DAY, YEAR)
to the satisfaction of the court that notice of hearing was given in the manner and form required by law
and order of this court, and no objections having been filed by any person, and evidence having been
produced on behalf of petitioner(s) in support of the petition, and the court being satisfied that there is no
reasonable objection to the petitioner(s) assuming the name(s) proposed; and it appearing to the
satisfaction of the court that all the allegations of the petition are true and that the order sought should be
granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that petitioner(s) name(s) of _____
John Ruben Burton, Hilda Tobias Burton, William Henry
Burton

is/are hereby changed to John Fitzgerald Kennedy, Hilda Tobias
Kennedy, William Henry Kennedy

Dated: SEP 0-9 1994

_Murmmy_
Judge/Commissioner of the Superior Court

RC 164/3-93

MURRAY GROSS
COMMISSIONER

405

Appendix J.

| PARTY WITHOUT AN ATTORNEY *(Name and Address)*:     TELEPHONE NO. | *FOR COURT USE ONLY* |
|---|---|
| John Burton, Hilda Tobfas Burton, and William Henry Burton.<br>343 South Detroit Street, Apartment Number 101<br>Los Angles, California, 90036-0542<br><br>*In Pro Per* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **Los Angeles.**
STREET ADDRESS: 111 North Hill Street, Department 1A.
MAILING ADDRESS: 111 North Hill Street, Department 1A.
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Los Angles.

IN THE MATTER OF THE APPLICATION OF:

John Ruben Burton, Hilda Tobias Burton, and William Henry Burton

| PROOF OF SERVICE (NAME CHANGE) | CASE NUMBER.<br>**BS029422** |
|---|---|

I declare that:

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My business or residence address is: 3ul sulem it #s Glendale Ca 91203

3. I served copies of the Order to show Cause for Change of Name in the manner shown *(check either a or b below)*:

    a. ☐ Personal Service. I personally delivered these papers to:

      (1) Name of person served:

      (2) Address where served:

      (3) Date served:

      (4) Time served:

    b. ☒ Certified mail, return receipt requested. I deposited these papers in the United States mail, in a sealed envelope with postage fully prepaid. I used certified mail and requested a return receipt. The envelope was addressed and mailed to:

      (1) Name of person served: <u>U.S. Ambassador to Ireland, Jean Ann Kennedy Smith.</u>

      (2) Address to which documents were mailed: <u>The United States Embassy in Ireland, 42 Elgin Road,</u>
<u>Ballbridge Dubland, Ireland, Europe.</u>

      (3) Date documents were mailed: <u>July 26, 1994.</u>

      (4) City and State where mailing occurred: <u>Los Angeles, California.</u>

      (5) The signed return receipt is attached. Postal Identification: [R-324-232-705]

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/17/94     Pedro Reyes

.............................                 _____
(Type or Print Name of Process Server)      Signature of Process Server

---

NP            **PROOF OF SERVICE (NAME CHANGE)**

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

The Honorable Sr. Edward M. Kennedy
409 J.F.K. Federal Building
Boston, Massachusetts,
02203

4a. Article Number
P025940 277

4b. Service Type
☐ Registered        ☐ Insured
☑ Certified         ☐ COD
☐ Express Mail      ☐ Return Receipt for Merchandise

7. Date of Delivery
7/28/94

5. Signature (Addressee)
Beth Auster

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991    DOMESTIC RETURN RECEIPT

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Jean Ann Kennedy Smith
220 East 62nd Street
New York City, New York, 10021-8201

4a. Article Number
P025940 279

4b. Service Type
☐ Registered        ☐ Insured
☑ Certified         ☐ COD
☐ Express Mail      ☐ Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

6. Signature (Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1991    DOMESTIC RETURN RECEIPT

| PARTY WITHOUT AN ATTORNEY *(Name and Address):*        TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|
| John Burton, Hilda Tobias Burton, and William Henry Burton. 343 South Detroit Street, Apartment Number 101 Los Angles, California, 90086-0542  *In Pro Per* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: Los Angeles.
STREET ADDRESS: 111 North Hill Street, Department 1A.
MAILING ADDRESS: 111 North Hill Street, Department 1A.
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Los Angles.

IN THE MATTER OF THE APPLICATION OF:

John Ruben Burton, Hilda Tobias Burton, and William Henry Burton.

| PROOF OF SERVICE (NAME CHANGE) | CASE NUMBER. BS029422 |
|---|---|

I declare that:

1. At the time of service I was at least 18 years of age and not a party to this legal action.
2. My business or residence address is: 3ul SAlem st #5 Glendale CA. 91203
3. I served copies of the Order to show Cause for Change of Name in the manner shown *(check either a or b below)*:

    a. ☐ Personal Service. I personally delivered these papers to:

    (1) Name of person served:

    (2) Address where served:

    (3) Date served:

    (4) Time served:

    b. ☑ Certified mail, return receipt requested. I deposited these papers in the United States mail, in a sealed envelope with postage fully prepaid. I used certified mail and requested a return receipt. The envelope was addressed and mailed to:

    (1) Name of person served: The Honorable Senator Edward Moore Kennedy.

    (2) Address to which documents were mailed: 409 J.F.K. Federal Building, Boston, Massachusetts, 02203.

    (3) Date documents were mailed: July 26, 1994.

    (4) City and State where mailing occurred: Los Angeles, California.

    (5) The signed return receipt is attached. Postal Identification Number: IP-025-940-2771.

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/7/94

............... Pedro Reyes ...............      _Pedro Reyes_

(Type or Print Name of Process Server)      Signature of Process Server

_____

NP      PROOF OF SERVICE (NAME CHANGE)

| PARTY WITHOUT AN ATTORNEY *(Name and Address)*:        TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|
| John Burton, Hilda Tobías Burton, and William Henry Burton.<br>343 South Detroit Street, Apartment Number 101<br>Los Angles, California, 90086-0542<br><br>*In Pro Per* | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: Los Angeles.<br>STREET ADDRESS: 111 North Hill Street, Department 1A.<br>MAILING ADDRESS: 111 North Hill Street, Department 1A.<br>CITY AND ZIP CODE: Los Angeles, 90012<br>BRANCH NAME: Los Angles. | |
| IN THE MATTER OF THE APPLICATION OF:<br><br>John Ruben Burton, Hilda Tobías Burton, and William Henry Burton. | |
| **PROOF OF SERVICE (NAME CHANGE)** | CASE NUMBER:<br>BS029422 |

I declare that:

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My business or residence address is: 361 Salem St #5 Glendale CA 91203

3. I served copies of the Order to show Cause for Change of Name in the manner shown *(check either a or b below)*:

    a. ☐ Personal Service. I personally delivered these papers to:

      (1) Name of person served:

      (2) Address where served:

      (3) Date served:

      (4) Time served:

    b. ☒ Certified mail, return receipt requested. I deposited these papers in the United States mail, in a sealed envelope with postage fully prepaid. I used certified mail and requested a return receipt. The envelope was addressed and mailed to:

      (1) Name of person served: Jean Ann Kennedy Smith.

      (2) Address to which documents were mailed: 220 East 62nd Street, New York City, New York, 10021-8201.

      (3) Date documents were mailed: July 26, 1994,

      (4) City and State where mailing occurred: Los Angeles, California.

      (5) The signed return receipt is attached. Postal Identification: [P-025-940-279]

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    Pedro Reyes    5/12/94         *Pedro Reyes*

(Type or Print Name of Process Server)      Signature of Process Server

---

NP                  **PROOF OF SERVICE (NAME CHANGE)**

| PARTY WITHOUT AN ATTORNEY *(Name and Address)*:        TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|
| John Burton, Hilda Tobias Burton, and William Henry Burton.<br>343 South Detroit Street, Apartment Number 101<br>Los Angles, California, 90086-0542<br><br>*In Pro Per* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **Los Angeles.**
STREET ADDRESS: 111 North Hill Street, Department 1A.
MAILING ADDRESS: 111 North Hill Street, Department 1A.
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Los Angles.

IN THE MATTER OF THE APPLICATION OF:

John Ruben Burton, Hilda Tobias Burton, and William Henry Burton.

| PROOF OF SERVICE (NAME CHANGE) | CASE NUMBER.<br>BS029422 |
|---|---|

I declare that:

1. At the time of service I was at least 18 years of age and not a party to this legal action.
2. My business or residence address is: 361 Salem st #5 Glendale Ca. 91203
3. I served copies of the Order to show Cause for Change of Name in the manner shown *(check either a or b below)*:

    a.☐ Personal Service. I personally delivered these papers to:

      (1) Name of person served:

      (2) Address where served:

      (3) Date served:

      (4) Time served:

    b.☒ Certified mail, return receipt requested. I deposited these papers in the United States mail, in a sealed envelope with postage fully prepaid. I used certified mail and requested a return receipt. The envelope was addressed and mailed to:

      (1) Name of person served: The Honorable Senator Edward Moore Kennedy.

      (2) Address to which documents were mailed: 315 Russell Building, Washington D.C., 20510-0505.

      (3) Date documents were mailed: July 26, 1994.

      (4) City and State where mailing occurred: Los Angeles, California.

      (5) The signed return receipt is attached. Postal Identification Number: 1 P-025-940-2781.

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 9/27/94

..........Pedro Reyes..........................      *Pedro Reyes*

(Type or Print Name of Process Server)      Signature of Process Server

NP          **PROOF OF SERVICE (NAME CHANGE)**


Plaintiff: JOHN F KENNEDY.



Plaintiff WITH MY SON WILLIAM HENRY KENNEDY, IN NEW YORK





KENNEDY WITH MY SON WILLIAM HENRY KENNEDY IN LOS ANGELES



KENNEDY WITH MY SON WILLIAM HENRY KENNEDY IN MEXICO



JOHN F KENNEDY, WITH MY SON WILLIAM HENRY KENNEDY IN NEW YORK.



JOHN F KENNEDY WITH MY SON WILLIAM HENRY KENNEDY IN CALIFORNIA





JOHN F KENNEDY WITH MY SON WILLIAM HENRY KENNEDY IN CALIFORNIA



JOHN F KENNEDY WITH MY SON WILLIAM in JOHN F KENNEDY WITH MY SON WILLIAM HENRY KENNEDY IN CALIFORNIA



### PRAYER FOR RELIEF

John Fitzgerald Kennedy, Pray to accept his application for the rights of my father, President John F Kennedy.

VERIFIED FRCP Rule 15. Amended and Supplemental Pleadings: Pursuant to 28 U.S.C. § 1746, I, John Fitzgerald Kennedy, have personal knowledge of the matters alleged in the foregoing Verified filing concerning myself, my activities, and my intentions. Under the penalty of perjury, I verify that the statements made therein are true and correct.

I certify that on October 8, 2024, I electronically filed the foregoing document with the clerk for the U.S. District Court, Southern District of New York, using the Court's CD/ECF electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" notification to all case participants registered for electronic Notice, including all *pro se* parties and/or attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Respectfully submitted,

JOHN FITZGERALD KENNEDY October 8, 2024